IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR JEFFERSON, | : | |
|     Plaintiff | : | |
| | : | No. 1:22-cv-01416 |
| v. | : | |
| | : | (Judge Kane) |
| S. ELLENBERGER, et al., | : | |
|     Defendants | : | |

**ORDER**

**AND NOW**, on this 28th day of November 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The amended complaint (Doc. No. 8) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiff may file a second amended complaint within thirty (30) days of the date of this Order. If Plaintiff elects to file a second amended complaint, Plaintiff is advised to adhere to the standards set forth in the Federal Rules of Civil Procedure and the directives set forth by this Court in its accompanying Memorandum. Specifically, the second amended complaint must be complete in all respects. It must be a new pleading which stands by itself without reference to the first twos complaint or any other documents already filed. The second amended complaint should set forth Plaintiff's claims in short, concise, and plain statements as required by Rule 8 of the Federal Rules of Civil Procedure. Each paragraph should be numbered. The second amended complaint should specify which actions are alleged as to which defendants and sufficiently allege personal involvement of the defendants in the acts which Plaintiff claims violated his rights. Mere conclusory allegations will not set forth cognizable claims;

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

4. If Plaintiff fails to file a second amended complaint within thirty (30) days of the date hereof, this case will be dismissed without prejudice for the reasons stated in the accompanying Memorandum.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania